AO 93 (Rev. 5/85) Search Warrant

FILED

# United States District Court

07 NOV 13 AM 10:58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Southern DISTRICT OF California

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched)<br>Express Mail parcel # EB066274742US addressed to Rochell Bockolz, 452 Fairwood Ave. #A, Columbus, OH 43205. The parcel listed the return information of Anthony Bockolz, 5114 Mission Ctr. Rd., Mission Valley, CA 92108. | **SEARCH WARRANT**<br><br>CASE NUMBER: '07 MJ 2650 |

TO:   Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail parcel # EB066274742US addressed to Rochell Bockolz, 452 Fairwood Ave. #A, Columbus, OH 43205. The parcel listed the return information of Anthony Bockolz, 5114 Mission Ctr. Rd., Mission Valley, CA 92108 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now
concealed a certain person or property, namely (describe the person or property)

> Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
U. S. Judge or Magistrate
as required by law.

at   San Diego, CA

Date and Time Issued    City and State

U.S. Magistrate Judge

Name and Title of Judicial Officer    Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 11-2-07 | DATE AND TIME WARRANT EXECUTED 11-2-07 4:50 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF Postal Inspectors A. Flores and S. Machen |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

Express Parcel # EB066274742US
Brown cardboard box contained packing peanuts and a plastic wrapped tupperware container which contained a green leafy substance which field tested positive for marijuana which weighed approximately a 324.5 grams.

*Flores 11/2/07*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Ana Flores*

Subscribed, sworn to, and returned before me this date.

*Louisa Porter*          11/13/07
U.S. Judge              Date